AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>LANDRY JOSEPH JOHNSON<br>AKA "JOE" JOHNSON<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 1:12 MJ 654 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __MAY 17, 2012__ in the county of __PRINCE WILLIAM__ in the __EASTERN__ District of __VIRGINIA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 924(c)(1)(A) | Carrying a Firearm During and in Relation to a Drug Trafficking Crime |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Mary Daly/Elizabeth Alexander

*Complainant's signature*

GARY. B. NEWMAN, SPECIAL AGENT DEA
*Printed name and title*

Sworn to before me and signed in my presence.

/s/
John F. Anderson
United States Magistrate Judge
*Judge's signature*

Date: __10/11/2012__

City and state: __ALEXANDRIA, VIRGINIA__

HON. JOHN F. ANDERSON, U.S. MAGISTRATE JUDGE
*Printed name and title*